**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
 WENEDY CONCEPCION,

|                     | Plaintiff,              | 25 **CIVIL** 5556 (AEK) |

                 -v-                              **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated December 11, 2025, the final decision of the

Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant

for this further administrative action.

**Dated:** New York, New York

        December 11, 2025


                                        **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**


                            **BY:**
                                    _____
                                            **Deputy Clerk**